# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DORAN FLYNN,<br><br>Defendant. | CR-10-77-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 7, 2015. (Doc. 59). Neither party filed objections. The Court need not review *de novo* the proposed Findings and Recommendations when a party makes no objections. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Flynn admitted to having violated standard condition 7 and special condition 2 of her supervised release by using controlled substances and by purposefully adulterating a urinalysis sample. (Doc. 59). Judge Johnston found Flynn's admissions sufficient to establish a supervised release violation. *Id*. Judge Johnston

recommends that this Court revoke Flynn's supervised release. *Id*. Judge Johnston also recommends that the Court sentence Flynn to 4 months imprisonment with a term of 12 months of supervised release to follow. *Id*. Judge Johnston further recommends that Flynn reside in a residential re-entry center for 6 months upon her discharge from incarceration. *Id*.

Flynn's criminal history category is I, the current offense is a Grade C violation, and the underlying offense is a Class D felony. The statutory range is a maximum of 24 months in custody followed by a term of supervised release of up to 36 months, less any custody time imposed. The applicable guideline range is 3 to 9 months in custody.

This Court finds no clear error in Judge Johnston's Findings and Recommendations and adopts them in full. Flynn admitted that she violated standard condition 7 of her supervised release by consuming alcohol. Flynn also violated special condition 2 of her supervised release by adulterating a urinalysis sample. A sentence of 4 months imprisonment with a term of 12 months supervised release to follow is appropriate. Flynn shall reside in a residential re-entry center for 6 months following her release from custody in an effort to address her substance abuse issues.

**IT IS HEREBY ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 59) is ADOPTED IN FULL and Judgment shall be entered accordingly.

DATED this 22nd day of April, 2015.

_____
Brian Morris
United States District Court Judge